429 A.2d 81

Jetchick v. Jetchick, Appellant.

Argued November 14, 1979. Vincent J. Morocco, for appellant. John W. Peck, submitted a brief on behalf of appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.

429 A.2d 81

Montz, Appellant v. Boehm et vir et al.

Argued April 15, 1980. Theodore F. Huckestein, Jr. for appellant Victoria Monz; Michael W. Burns, for Boehm, appellees, and Daniel F. Cusick, for Clifford Monz, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

HOFFMAN, J., concurred in the result.